or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Petition of Valhalla Corp. and Jacob O. Pedersen against Joseph D. McGoldrick, as Comptroller of the City of New York, and Others. (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of Alfred Cerutti, an Incompetent. Giuseppe Giavani, Committeeman; Lorenzo Bonfantini, Committeeman, and Maurice Josephberg, Committeeman.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Isabel L. Klein v. The Equitable Life Assurance Society of the United States. Isabel L. Klein v. The Commercial Travelers Mutual Accident Association of America.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

Samuel Kaufman and Others v. Louis Jacknowitz and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Rudolph Fluegge v. Bryant Park Building, Inc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Wolfe B. Feigenbaum, Individually, and as a Stockholder of Folkland Apartments, Inc., etc., v. Benjamin Feigenbaum, Impleaded with New York State Teachers Retirement System and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

United States Fidelity and Guaranty Company v. Arthur H. Goetz and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Samuel Leech and Others v. Henry J. Fuller and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of George D. Quimby, Jr., and Edward F. Brady to Review the Action of the Inspectors of the Primary Election and the Custodians of Records of the Primary Records of the Counties of Bronx and New York, in Counting the Ballots Cast and the Canvassing and Recording of the Results of the Primary Election for District Delegates and District Alternates to the National Convention of the Republican Party in the Twenty-second Congressional District of the State of New York, etc., for an Order to Determine Any Questions Arising in Respect of the Protested, Wholly Blank or Void Ballots in Such Districts, etc., against Richard W. Lawrence and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of Linley Merritt v. Thomas W. Merritt.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 242.]